In re the Nomination Petitions of Marc GRAMMES as Candidate for State Representative in the 183rd Legislative District.

Alice J. Walls, Mark A. Cuth and Adam J. Swift III, Objectors.

Appeal of Marc Grammes.

Supreme Court of Pennsylvania.

Submitted March 23, 2016.
Decided March 29, 2016.

Kathleen Marie Kotula, Esq., Pennsylvania Department of State, for Kathleen Kotula.

Matthew Todd Croslis, Esq., Croslis Law Offices, LLC, Allentown, for Marc Grammes.

Lawrence M. Otter, Esq., Harrisburg, for Alice J. Walls, Mark A. Cuth, and Adam J. Swift, III.

### ORDER

PER CURIAM.

AND NOW, this 29th day of March, 2016, the order of the Commonwealth Court dated March 9, 2016, granting the Petition to Set Aside Nominating Petition of Marc Grammes as Candidate for State Representative in the 183rd Legislative District is AFFIRMED.